**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: ANGELA R. ALLEN § Case No. 16-81248
§
§
Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 05/19/2016.

2) The plan was confirmed on 09/16/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 11/03/2017.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/28/2017, 09/11/2018, 11/01/2018.

5) The case was dismissed on 11/01/2018.

6) Number of months from filing or conversion to last payment: 24.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,250.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 5,206.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 5,181.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,727.27 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 426.55 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,153.82 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ZALUTSKY & PINSKI, LTD | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 1,727.27 | 0.00 |
| PERITUS PORTFOLIO SERVICES II, | Sec | 6,000.00 | 8,950.00 | 6,000.00 | 2,555.30 | 471.88 |
| PERITUS PORTFOLIO SERVICES II, | Uns | 10,464.64 | 7,591.57 | 10,541.57 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 556.00 | 564.00 | 564.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 287.56 | NA | NA | 0.00 | 0.00 |
| AT&T SERVICES INC | Uns | 309.75 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 0.00 | 519.80 | 519.80 | 0.00 | 0.00 |
| CER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 465.39 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK / BLAIR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,033.03 | 1,033.03 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| KWIK TRIP INC | Uns | 323.90 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Uns | 0.00 | 211,274.35 | 0.00 | 0.00 | 0.00 |
| NICKOLAI & POLETTI LLC | Uns | 2,709.87 | 2,288.42 | 2,288.42 | 0.00 | 0.00 |
| PERSONAL FINANCE COMPANY | Uns | 2,137.45 | 1,923.61 | 1,923.61 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,033.03 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 564.00 | 115.00 | 115.00 | 0.00 | 0.00 |
| RISE CREDIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 449.73 | 449.73 | 449.73 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,141.16 | 1,394.55 | 1,394.55 | 0.00 | 0.00 |
| SYNCB / HOME DESIGN SELE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB / PAYPAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK / SAMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK / WALMART | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TITLE LENDERS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 231.58 | 231.58 | 231.58 | 0.00 | 0.00 |
| TRI-STATE ADJUSTMENTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 154.08 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 55.66 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 104.44 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 154.08 | NA | NA | 0.00 | 0.00 |
| WAL MART | Uns | 129.08 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 449.03 | 545.03 | 545.03 | 0.00 | 0.00 |
| WELLS FARGO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Uns | 663.11 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WI ELECTRIC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN BELL INC | Uns | 71.21 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Uns | 396.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 291.71 | 1,001.23 | 1,001.23 | 0.00 | 0.00 |
| VILLAGE PARK OF HOFFMAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA, CASH | Uns | 0.00 | 556.00 | 556.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SFC | Uns | 0.00 | 1,114.28 | 1,114.28 | 0.00 | 0.00 |
| VERIPRO SOLUTIONS, INC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NICKOLAI & POLETTI LLC | Uns | 0.00 | 3,074.23 | 3,074.23 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,000.00 | $ 2,555.30 | $ 471.88 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,000.00 | $ 2,555.30 | $ 471.88 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 25,352.06 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 2,153.82 | |
| Disbursements to Creditors | $ 3,027.18 | |
| **TOTAL DISBURSEMENTS:** | | $ 5,181.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 04/19/2019            By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)